ACCEPTED
14-14-00380-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 9:27:43 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00380-CR

JOSHUA DWAYNE BLEDSOE,  IN THE COURT OF APPEALS
             APPELLANT

V.                            FOURTEENTH
                              JUDICIAL DISTRICT

THE STATE OF TEXAS,
             APPELLEE         HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 9:27:43 AM
CHRISTOPHER A. PRINE
Clerk

## MOTION FOR EXTENSION OF TIME TO
## FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted of unauthorized use of a motor vehicle, and was sentenced on 4/4/2014. The trial case was styled as *State of Texas v. Joshua Dwayne Bledsoe*, in the 405th Judicial District Court of Galveston County, Texas, Cause No. 09CR0075. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 2/6/2015.

2. The present due date for filing the State's brief is   3/9/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 5/9/2015.

5. The State requests this extension not for delay but because during the last sixty

1

days, the undersigned attorney for the State:

- Completed the State's response brief on *Fahd Tanash v. State*, 14-14-00463-CR on March 6, 2015.

- Completed the State's response brief on *Brandon Evans v. State*, 01-13-00345-CR on February 23, 2015.

- Completed the State's response brief on *Elijah Pleasant v. State*, 01-14-00586-CR on February 19, 2015.

- Completed a rather large and complex State's appeal on *State v. Hector Pena*, 14-14-00746-CR on February 11, 2015.

- Completed a supplemental brief ordered in *Javia Sinquize Johnson v. State*, 01-14-00185-CR on February 12, 2015.

- Assisted in preparing for Oral Arguments on *Vincent Zahorik v. State*, 14-13-00763-CR. Oral Arguments were set for November 17, 2014 and reset the same day. Arguments were held on January 12, 2015.

- Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 8 post-conviction writ answers on case numbers: 11-CR-3078-83-1 (*Randy Owens*); 37968-83-2 (*Michael Richie*); 08-CR-2835-83-1 (*Pedro Cabrera*); 11-CR-1177-83-1, 11-CR-1178-83-1, 11-CR-1179-83-1 (*Michael Shayne Hansley*); 03-CR-0733-83-4 (*Russell Kevin Thompson*); 01-CR-1711-83-2, 01-CR-1712-83-2 (*Juan Alberto Deleon*); 10-CR-0325-83-1, 10-CR-0326-83-1 (*Richard Herod*); 10-CR-1217-83-5 (*Thomas Florence*).

- Was out of state for nearly 2 weeks.

6. The State must also complete its response brief to *Clyde Edwin Hedrick v. State*, 14-14-00378-CR, due on 4/6/2015.

7. The State must also complete its response brief to *Callie Inman v. State*, 14-14-00960-CR & 14-14-00961-CR, due on 4/9/2015.

2

8. The State must also complete its response brief to *Lionel Franklin v. State*, 14-14-00559-CR & 14-14-00961-CR, due on 4/17/2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until May 9, 2015.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS


_/s/ Rebecca Klaren_
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551
Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 423 words.

_/s/ Rebecca Klaren_
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was faxed/ emailed/ eFiled / or mailed to James Bennett, Attorney for Appellant, at jamesmbennett@sbcglobal.net or 14351 County Road 185, Alvin, TX 77511, on March 9, 2015.

_/s/ Rebecca Klaren_
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

4

## AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on March 9, 2015, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on March 9, 2015.

NOTARY PUBLIC in and for
the State of Texas

DONALD A. LOUNDS
MY COMMISSION EXPIRES
May 15, 2018

5